Order issued November 30 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01462-CV

**COASTAL FLYING CLUB, LLC, ET AL., Appellants**

**V.**

**ROBERT H. CHAMBERS, ET AL., Appellees**

# ORDER

We **DENY** the November 14, 2012 motion to dismiss filed by appellee, Robert H. Chambers.

ELIZABETH LANG-MIERS
JUSTICE